Before the First Division, March 11, 1968

**No. P68/122.**—Rolcor Products, Inc. v. United States, protest 64/23968 (New York).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain varnish or ink pastes similar in all material respects to those the subject of *Marset, Inc.,* and *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (50 Cust. Ct. 127, C.D. 2400), wherein the merchandise was held to be an entirety, the claim of the plaintiff was sustained.

**No. P68/123.**—William Adams, Inc. v. United States, protest 66/78021 (New York).

Maletz, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of various decorated glassware items similar in all material respects to those the subject of *William Adams, Inc.* v. *United States* (56 Cust. Ct. 429, C.D. 2670), the claim of the plaintiff was sustained.